**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRUMPY CAT LIMITED | ) | |
| | ) | Case No. 23-cv-864 |
| Plaintiff, | ) | |
| | ) | Judge Sara L. Ellis |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>SATISFACTION OF JUDGMENT</u>

WHEREAS, a judgment was entered in the above action on May 11, 2023 [Dkt. No. 48] in favor of GRUMPY CAT LIMITED, ("Plaintiff") and against the Defendants identified in Amended Schedule A.  Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| <u>Doe No.</u> | <u>Seller Name</u> |
|---|---|
| 71 | INIABTLE Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: October 03, 2023    Respectfully submitted,

           /s/ *Michael A. Hierl*
           Michael A. Hierl (Bar No. 3128021)
           William B. Kalbac (Bar No. 6301771)
           70 W. Madison Street, Suite#4000
           Chicago, Illinois 60602
           Telephone: (312) 580-0100
           Facsimile:  (312) 580-1994
           Email: mhierl@hsplegal.com
           Email: wkalbac@hsplegal.com

           Attorneys for Plaintiff
           GRUMPY CAT LIMITED

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 03, 2023.

s/Michael A. Hierl